# Order

**Michigan Supreme Court**
**Lansing, Michigan**

July 2, 2019

158565

Bridget M. McCormack,
Chief Justice

David F. Viviano,
Chief Justice Pro Tem

Stephen J. Markman
Brian K. Zahra
Richard H. Bernstein
Elizabeth T. Clement
Megan K. Cavanagh,
Justices

PEOPLE OF THE STATE OF MICHIGAN,
      Plaintiff-Appellee,

v

JARVAS JOVON BRINKLEY,
      Defendant-Appellant.

SC: 158565
COA: 337437
Wayne CC: 16-006408-FC

_____/

      On order of the Court, the application for leave to appeal the August 30, 2018 judgment of the Court of Appeals is considered, and it is DENIED, because we are not persuaded that the questions presented should be reviewed by this Court.

      VIVIANO, J., not participating due to a familial relationship with the presiding circuit court judge in this case.



      I, Larry S. Royster, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

July 2, 2019



Clerk

p0624